**FILED**

OCT 2 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CO-386-online
10/03

# United States District Court
# For the District of Columbia

OPENMIND SOLUTIONS, INC.,
23072 Lake Center Drive, Suite 100,
Lake Forest, CA 02630

     Plaintiff

vs

DOES 1-565

     Defendant

Case: 1:11-cv-01883
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/25/2011
Description: General Civil

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Plaintiff** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Openmind Solutions, Inc.** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

IL0014
BAR IDENTIFICATION NO.

Paul A. Duffy
Print Name

2 N. LaSalle Street, 13th Floor
Address

Chicago, Illinois 60602
City   State   Zip Code

(312) 952-6136
Phone Number

2