UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPENMINDED SOLUTIONS, INC.,<br><br>    Plaintiff,<br><br>            v.<br><br>DOES 1-565,<br><br>    Defendants. | Civil Action No. 11-1883 (JMF) |

## ORDER

The law clerk assigned to this action is:

**Sara B. Podger, Esq.**          202/354-3131

Please be advised that the above-case has been assigned to the undersigned for **all purposes.**

Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b).  All such correspondence will not be reviewed by the undersigned but will be returned immediately.  Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

December 13, 2011                                   /S/
                                                                JOHN M. FACCIOLA
cc:    Counsel                                       UNITED STATES MAGISTRATE JUDGE
       Judge
       Files
       Chambers