LaVan Law
Julie A. LaVan, Esq.
D.D.C. Bar # MI0061
11 East Main Street, 2nd Floor
Moorestown, NJ 08057
856-235-4079 (Phone)
856-235-4018 (Fax)
Attorney for Defendant John Doe

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OPENMIND SOLUTIONS, INC., | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. 1:11-CV-01883-JMF |
| JOHN DOES 1-565, | : | **NOTICE OF MOTION TO QUASH SUBPOENA AND SEVER DEFENDANTS** |
| Defendants. | : | |
| | : | **ORAL ARGUMENT REQUESTED** |

　　PLEASE TAKE NOTICE that Defendant, John Doe (identified in this action by the IP address 68.34.160.207) (hereafter "Defendant"), by and through his counsel, hereby moves the Court for an order:

1. Quashing Plaintiff's subpoena to Comcast Cable Holdings, LLC;

2. Preventing the release of Defendant's personal identifying information; and

3. Severing John Does 2-565.

　　PLEASE TAKE FURTHER NOTICE that Defendant hereby requests oral argument on this motion.

　　In support of this motion, Defendant submits the accompanying memorandum of law. A proposed form of order is attached.

                                                Respectfully submitted,

                                                s/ Julie A. LaVan

                                                Julie A. LaVan, Esq.
                                                D.D.C. Bar # MI0061
                                                11 East Main Street, 2nd Floor
                                                Moorestown, NJ 08057
                                                856-235-4079 (Phone)
                                                856-235-4018 (Fax)
                                                Attorney for Defendant John Doe

Dated: January 11, 2012


## STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)

    Pursuant to Local Civil Rule 7(m), Defendant's counsel has contacted Plaintiff's counsel in a good faith effort to resolve this discovery dispute. Plaintiff's counsel and Defendant's counsel discussed this motion. Plaintiff has indicated its opposition to this motion.

                                                s/ Julie A. LaVan

                                                Julie A. LaVan, Esq.
                                                D.D.C. Bar # MI0061
                                                11 East Main Street, 2nd Floor
                                                Moorestown, NJ 08057
                                                856-235-4079 (Phone)
                                                856-235-4018 (Fax)
                                                Attorney for Defendant John Doe

Dated: January 11, 2012

## **CERTIFICATE OF SERVICE**

I, Julie A. LaVan, hereby certify that I caused this motion to be served upon Plaintiff's counsel by ECF filing and regular mail at the following address:

Paul A. Duffy, Esq.
Law Offices of Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL 60602

        s/ Julie A. LaVan

        Julie A. LaVan, Esq.
        D.D.C. Bar # MI0061
        11 East Main Street, 2nd Floor
        Moorestown, NJ 08057
        856-235-4079 (Phone)
        856-235-4018 (Fax)
        Attorney for Defendant John Doe

Dated: January 11, 2012