UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OPENMIND SOLUTIONS, INC., | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. 1:11-CV-01883-JMF |
| JOHN DOES 1-565, | : | |
| Defendants. | : | **PROPOSED ORDER** |

On this _____ day of _____, 2012, it is hereby ORDERED that Plaintiff's subpoena to Comcast Cable Holdings, LLC regarding the John Doe Defendant identified by the IP address 68.34.160.207 is QUASHED.

It is hereby further ORDERED that Comcast Cable Holdings, LLC shall NOT release the personal identifying information of the John Doe identified by the IP address 68.34.160.207.

It is hereby further ORDERED that Defendants John Does 2-565 are SEVERED from this action.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE