AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Openmind Solutions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CV-01883 (JMF) |
| Does 1-565 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CSC Holdings LLC

Date:   01/13/2012

*Attorney's signature*

Jacob A. Sommer (DC Bar No. 494112)
*Printed name and bar number*

ZwillGen PLLC
1705 N St NW
Washington, DC 20036

*Address*

jake@zwillgen.com
*E-mail address*

(202) 706-5205
*Telephone number*

(202) 706-5298
*FAX number*

RECEIVED
JAN 1 3 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## **CERTIFICATE OF SERVICE**

I, Jacob A. Sommer, hereby certify that I caused this Notice of Appearance to be served upon Plaintiff's Counsel and Attorney for Defendant by U.S. mail at the following addresses:

Paul A. Duffy, Esq.
Law Offices of Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
Plaintiff

Julie A. LaVan, Esq.
11 East Main Street, 2nd Floor
Moorsetown, NJ 08057
Attorney for Defendant John Doe

_____
Jacob A. Sommer
*Counsel for CSC Holdings LLC*

Dated: January 13, 2012