UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| OPENMIND SOLUTIONS INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 565 ) <br> ) <br> *Defendants*. ) <br> ) <br> ) <br> ) | No. 11-CV-01883 (JMF) |

**[PROPOSED] ORDER**

Having reviewed the papers filed in connection with the Court's Show Cause Order (Docket No. 8), it is hereby ORDERED:

Cablevision has complied with its obligations under Rule 45 by timely objecting to plaintiff's Rule 45 subpoena in its November 30, 2011 letter, and thus a finding of contempt is not warranted. Cablevision's letter raised objections to Plaintiff's subpoena based on its obligations under the Cable Act, 47 U.S.C. § 551, *et seq.*, which prohibit Cablevision from providing the requested information in response to a subpoena. Contempt is also inappropriate because Cablevision now stands ready to produce the documents pursuant to an order issued in compliance with the Cable Act, and because Cablevision is not currently in violation of a Court order.

