**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| OPENMIND SOLUTIONS, INC.,  )<br>                                                      )<br>           Plaintiff,                           )<br>                                                      )<br>     v.                                             )     Case No. 1:11-cv-01883-JMF<br>                                                      )<br>DOES 1 – 565,                              )<br>                                                      )<br>           Defendants.                     )<br>                                                      ) |  |

**PLAINTIFF'S NOTICE OF DISMISSAL OF A CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 96.252.136.69. The respective Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Openmind Solutions, Inc.

**DATED:** April 16, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy (D.C. Bar # IL0014 )
Prenda Law Inc.
161 N. Clark Street, Suite3200
Chicago, IL  60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.
