**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OPENMIND SOLUTIONS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:11-cv-01883-EGS** |
| | ) | |
| **DOES 1 – 565,** | ) | **Judge: Hon. Emmet G. Sullivan** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS
WITHOUT PREJUDICE**</u>

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

Plaintiff voluntarily dismisses, *without* prejudice, all causes of action in this complaint against

the Doe Defendants associated with Internet Protocol addresses 96.255.78.221 and

173.79.77.225. The Doe Defendants have neither filed an answer to Plaintiff's Complaint, nor a

motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil

Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

OpenMind Solutions, Inc.

**DATED**: July 26, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Law Offices of Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL  60602
Telephone: (312) 952-6136
Facsimile:   (312) 346-8434
e-mail: pduffy@pduffygroup.com
Counsel for the Plaintiff

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.


　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Paul A. Duffy_