UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPENMIND SOLUTIONS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01883-EGS |
| ) | |
| DOES 1 – 565, ) | Judge: Hon. Emmet G. Sullivan |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DOE DEFENDANT WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, *without* prejudice, all causes of action in this complaint against the Doe Defendant associated with Internet Protocol addresses 108.9.206.84. This Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

OpenMind Solutions, Inc.

**DATED**: July 27, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Law Offices of Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL  60602
Telephone: (312) 952-6136
Facsimile:   (312) 346-8434
e-mail: pduffy@pduffygroup.com
Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on July 27, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                              /s/ Paul A. Duffy