*[handwritten notes in right margin]*

January 14th, 2012

Kyle Schadt
3021 169th Ave NE
Bellevue, WA 98008

Re:     OpenMind Solutions, Inc v. John Does 1-565
        United States District Court for the District of Columbia
        Docket No: 1:11-cv-01883-EGS
        Order Entered: November 22, 2011
        Comcast File #: 325852

Now come the defendant named above, and moves this court pursuant to F.R.C.P. 12 (b) (6) to dismiss the action against him for failure to state a claim upon which relief can be granted.

Signed: _____
                   *Kyle Schadt*