IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., <br><br> *Plaintiff*, <br> v. <br><br> DOES 1-565, <br><br> *Defendants.* | No. 1:11-cv-1883 (JMF) |

**NON-PARTY COMCAST CABLE COMMUNICATIONS, LLC'S
NOTICE REGARDING COURT'S SEPTEMBER 18, 2012 ORDER**

Comcast Cable Communications, LLC ("Comcast") hereby submits this Notice regarding the Court's September 18, 2012 Order resolving various motions to quash Rule 45 subpoenas served on non-party Internet Service Providers ("ISPs"), including Comcast.  (Dkt. # 19).  The Court ordered Plaintiff Openmind Solutions, Inc. ("Openmind") to serve a copy of the September 18 Order on "the ISPs who were initial recipients of plaintiff's Rule 45 subpoena." (*Id.* at 4).  The Court further stated that once they receive a copy of the Court's September 18 Order, the ISPs are required to serve a copy of the Order to their affected subscribers.  (*Id.*).

Comcast is an ISP that initially received Openmind's Rule 45 subpoena in this proceeding and sent notice of the subpoena and the Court's prior order to its subscribers. However, Comcast has no record of receiving a copy of the September 18 Order from Openmind.  Instead, Comcast became aware of the September 18 Order upon its own research of the docket in this proceeding.  Thereafter, Comcast complied with this Court's directive by providing notice of the September 18 Order to its affected subscribers on October 9, 2012.

Dated:  October 12, 2012

        Respectfully submitted,

        /s/ *John D. Seiver*
        John D. Seiver
        Leslie G. Moylan
        Lisa B. Zycherman
        **DAVIS WRIGHT TREMAINE LLP**
        1919 Pennsylvania Ave., N.W., Suite 800
        Washington, DC 20006
        (202) 973-4200

        *Counsel for Non-Party Comcast Cable*
        *Communications Management, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of October 2012, true and correct copies of the foregoing document was served via ECF and U.S. Mail upon all counsel of record:

Paul A. Duffy
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601
(312) 880-9160
Fax: (312) 893-5677
Email: paduffy@wefightpiracy.com

/s/ *John D. Seiver*
John D. Seiver