**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
OPENMIND SOLUTIONS, INC.,                 )
                                          )
              Plaintiff,                   )
                                          )
v.                                        )     Case No. 1:11-cv-01883-JMF
                                          )
DOES 1 – 565,                             )     Magistrate Judge: Hon. John M Facciola
                                          )
              Defendants.                  )
_____)

**PLAINTIFF'S PROPOSAL OF EXTENSION OF TIME TO COMPLY WITH THE
COURT'S ORDER OF SEPTEMBER 18, 2012**

On September 18, 2012 the Court issued an order requiring "those individuals who have previously filed anonymous motions but who still wish to move to quash the subpoena must do so by October 22, 2012 and must comply with Rule 5.1. by providing their identifying information." (ECF No. 19 at 3.) The Court also required "plaintiff [to] transmit forthwith a copy of this Order to the ISPs who were initial recipients of plaintiff's Rule 45 subpoena" so the ISPs could transmit a copy of the Order to their subscribers. (*Id.* at 4.) On October 12, 2012 Comcast Cable Communications, LLC ("Comcast") informed the Court that they have "no record of receiving a copy of the [Court's] September 18 Order from [Plaintiff]." (ECF No. 21 at 1.) Plaintiff has provided a copy of the Court's September 18 Order to all ISPs who were initial recipients of plaintiff's Rule 45 subpoenas. But as to avoid any prejudice to the alleged infringers, Plaintiff, hereby, proposes an additional 30 days for the ISPs' subscribers to comply with the Court's September 18 Order.[1] Should the Court agree to this proposal, the ISPs'

---

[1] This would require the individuals that had filed anonymous motions would have to comply with the Court's September 18 Order by November 21, 2012.

subscribers will be provided more than ample time to file the required information with the

Court.

Respectfully submitted,

OPENMIND SOLUTIONS, INC.

**DATED:**  October 16, 2012

By: /s/ Paul A. Duffy
PAUL A. DUFFY (D.C. Bar #IL0014)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2012, all counsel of record who are deemed to have consented to electronic serve are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.


**DATED:** October 16, 2012

/s/ Paul A. Duffy