# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 107.33.60.156 | Sprint | 2011-08-31 04:02:39 |
| 107.8.216.26 | Road Runner | 2011-08-31 01:04:05 |
| 108.0.175.239 | Verizon Online | 2011-09-05 04:35:56 |
| 108.12.246.52 | Verizon Online | 2011-10-08 20:54:21 |
| 108.14.210.194 | Verizon Online | 2011-09-02 09:29:48 |
| 108.17.139.77 | Verizon Online | 2011-09-30 21:47:57 |
| 108.21.58.111 | Verizon Online | 2011-09-06 19:35:53 |
| 108.21.66.158 | Verizon Online | 2011-09-08 20:01:46 |
| 108.23.10.223 | Verizon Online | 2011-09-07 11:53:04 |
| 108.23.94.77 | Verizon Online | 2011-08-30 23:00:26 |
| 108.27.254.119 | Verizon Online | 2011-09-02 00:55:47 |
| 108.28.94.21 | Verizon Online | 2011-09-20 20:47:53 |
| 108.3.239.192 | Verizon Online | 2011-10-02 09:22:52 |
| 108.38.23.58 | Verizon Online | 2011-08-31 06:53:12 |
| 108.38.82.171 | Verizon Online | 2011-09-08 11:58:04 |
| 108.48.20.219 | Verizon Online | 2011-09-02 02:36:32 |
| 108.56.171.121 | Verizon Online | 2011-08-31 04:55:38 |
| 108.6.169.31 | Verizon Online | 2011-09-22 21:33:57 |
| 108.67.66.83 | AT&T Internet Services | 2011-08-31 23:10:10 |
| 108.9.17.20 | Verizon Online | 2011-08-30 21:04:22 |
| 108.9.206.84 | Verizon Online | 2011-09-01 22:55:45 |
| 108.9.34.171 | Verizon Online | 2011-10-20 23:56:03 |
| 129.22.125.20 | Case Western Reserve Univ. | 2011-09-29 20:30:41 |
| 144.17.150.151 | Snow College | 2011-09-13 00:59:51 |
| 160.39.214.152 | Columbia University | 2011-09-01 03:48:54 |
| 164.67.234.85 | University of CA, Los Angeles | 2011-09-22 01:47:14 |
| 165.166.198.34 | Spirit Telecom | 2011-09-30 22:24:35 |
| 173.11.213.65 | Comcast Cable Communications | 2011-09-22 18:36:38 |
| 173.168.114.142 | Bright House Networks | 2011-09-14 23:21:02 |
| 173.168.142.193 | Bright House Networks | 2011-10-07 01:01:01 |
| 173.168.255.247 | Bright House Networks | 2011-08-31 04:40:38 |
| 173.168.72.173 | Bright House Networks | 2011-09-02 01:31:49 |
| 173.2.231.67 | Cablevision Systems Corp. | 2011-08-31 22:06:36 |
| 173.246.213.125 | Morris Broadband | 2011-09-01 23:48:17 |
| 173.25.237.141 | Mediacom Communications | 2011-08-30 20:27:22 |
| 173.3.117.45 | Cablevision Systems Corp. | 2011-09-17 01:07:08 |
| 173.31.137.91 | Mediacom Communications | 2011-08-31 16:39:19 |
| 173.51.64.80 | Verizon Online | 2011-08-31 08:59:46 |
| 173.52.118.31 | Verizon Online | 2011-09-30 23:29:46 |
| 173.53.112.45 | Verizon Online | 2011-09-27 00:46:40 |
| 173.53.64.176 | Verizon Online | 2011-10-11 05:01:59 |
| 173.58.53.44 | Verizon Online | 2011-08-31 07:25:13 |
| 173.60.222.232 | Verizon Online | 2011-10-19 03:23:17 |
| 173.60.45.72 | Verizon Online | 2011-09-07 08:38:01 |
| 173.62.239.79 | Verizon Online | 2011-10-04 20:54:58 |
| 173.63.93.70 | Verizon Online | 2011-09-12 16:58:41 |

| | | |
|---|---|---|
| 173.65.50.99 | Verizon Online | 2011-10-03 22:20:43 |
| 173.68.60.27 | Verizon Online | 2011-09-01 22:49:43 |
| 173.70.130.165 | Verizon Online | 2011-08-31 05:41:10 |
| 173.72.108.152 | Verizon Online | 2011-08-31 22:52:36 |
| 173.73.83.213 | Verizon Online | 2011-09-01 13:44:19 |
| 173.76.132.4 | Verizon Online | 2011-09-03 20:00:29 |
| 173.76.169.131 | Verizon Online | 2011-08-31 00:18:31 |
| 173.78.34.169 | Verizon Online | 2011-09-02 21:37:32 |
| 173.78.5.68 | Verizon Online | 2011-08-30 21:02:52 |
| 173.79.77.225 | Verizon Online | 2011-09-02 05:01:41 |
| 173.81.82.47 | Suddenlink Communications | 2011-10-08 02:47:01 |
| 174.106.38.27 | Road Runner | 2011-08-31 11:52:59 |
| 174.106.88.243 | Road Runner | 2011-08-31 16:36:19 |
| 174.109.44.226 | Road Runner | 2011-08-30 21:40:23 |
| 174.17.90.252 | Qwest Communications | 2011-09-02 19:01:42 |
| 174.20.9.141 | Qwest Communications | 2011-09-03 04:14:10 |
| 174.22.224.29 | Qwest Communications | 2011-09-01 23:19:15 |
| 174.24.132.193 | Qwest Communications | 2011-08-31 01:03:35 |
| 174.26.29.152 | Qwest Communications | 2011-08-31 23:28:07 |
| 174.48.129.166 | Comcast Cable Communications | 2011-09-03 04:25:25 |
| 174.48.144.67 | Comcast Cable Communications | 2011-09-20 01:56:01 |
| 174.48.237.73 | Comcast Cable Communications | 2011-09-21 21:48:38 |
| 174.48.44.249 | Comcast Cable Communications | 2011-10-19 02:07:54 |
| 174.49.82.171 | Comcast Cable Communications | 2011-09-01 23:23:15 |
| 174.50.118.106 | Comcast Cable Communications | 2011-09-21 16:24:20 |
| 174.52.160.180 | Comcast Cable Communications | 2011-08-31 13:10:23 |
| 174.53.195.137 | Comcast Cable Communications | 2011-09-13 11:52:01 |
| 174.59.60.204 | Comcast Cable Communications | 2011-08-31 14:44:29 |
| 174.60.37.102 | Comcast Cable Communications | 2011-08-30 20:50:22 |
| 174.62.217.139 | Comcast Cable Communications | 2011-09-02 00:57:47 |
| 174.66.193.153 | Cox Communications | 2011-10-07 03:08:22 |
| 174.70.121.112 | Cox Communications | 2011-09-07 17:46:51 |
| 174.71.35.22 | Cox Communications | 2011-08-30 22:07:56 |
| 184.105.146.99 | Hurricane Electric | 2011-08-31 08:45:45 |
| 184.17.212.145 | Frontier Communications | 2011-09-03 02:21:52 |
| 184.18.48.115 | Frontier Communications | 2011-10-07 02:33:31 |
| 184.58.106.83 | Road Runner | 2011-09-01 00:05:10 |
| 204.195.48.34 | Wave Broadband, LLC | 2011-09-11 00:02:39 |
| 206.225.141.160 | CDE Lightband | 2011-09-14 11:49:41 |
| 207.38.128.112 | RCN Corporation | 2011-10-13 02:33:30 |
| 208.67.61.14 | Intermax Networks | 2011-09-29 19:55:56 |
| 208.90.163.178 | Saddle Mountain Wireless | 2011-09-03 05:06:42 |
| 208.94.80.201 | Intermax Networks | 2011-09-29 06:48:18 |
| 209.6.115.214 | RCN Corporation | 2011-10-17 15:09:32 |
| 209.6.46.161 | RCN Corporation | 2011-08-31 00:08:29 |
| 216.15.25.115 | RCN Corporation | 2011-09-02 10:45:25 |
| 216.164.169.10 | RCN Corporation | 2011-10-17 16:17:03 |

| | | |
|---|---|---|
| 216.196.86.240 | Polar Communications | 2011-09-26 15:24:10 |
| 24.10.156.210 | Comcast Cable Communications | 2011-08-31 14:18:26 |
| 24.10.200.70 | Comcast Cable Communications | 2011-10-08 22:37:26 |
| 24.11.16.179 | Comcast Cable Communications | 2011-09-01 20:45:03 |
| 24.111.140.47 | Midcontinent Media | 2011-09-06 23:12:24 |
| 24.113.119.2 | Wave Broadband, LLC | 2011-09-03 04:37:56 |
| 24.119.122.255 | Cable One | 2011-10-01 05:36:55 |
| 24.12.57.59 | Comcast Cable Communications | 2011-09-01 20:54:31 |
| 24.125.157.188 | Comcast Cable Communications | 2011-09-15 02:08:13 |
| 24.127.118.22 | Comcast Cable Communications | 2011-08-30 22:39:56 |
| 24.127.98.198 | Comcast Cable Communications | 2011-09-27 19:04:11 |
| 24.128.21.29 | Comcast Cable Communications | 2011-08-31 03:53:36 |
| 24.13.26.124 | Comcast Cable Communications | 2011-09-26 14:43:11 |
| 24.13.26.187 | Comcast Cable Communications | 2011-08-30 18:42:18 |
| 24.130.90.145 | Comcast Cable Communications | 2011-09-16 05:33:36 |
| 24.131.23.35 | Comcast Cable Communications | 2011-08-31 14:19:27 |
| 24.14.150.249 | Comcast Cable Communications | 2011-09-03 22:47:34 |
| 24.14.178.242 | Comcast Cable Communications | 2011-10-10 19:32:57 |
| 24.14.9.103 | Comcast Cable Communications | 2011-08-31 21:50:04 |
| 24.146.245.26 | Cablevision Systems Corp. | 2011-09-04 20:10:49 |
| 24.15.104.82 | Comcast Cable Communications | 2011-08-31 06:39:42 |
| 24.15.179.223 | Comcast Cable Communications | 2011-09-02 06:07:17 |
| 24.154.129.7 | Armstrong Cable Services | 2011-09-06 22:50:58 |
| 24.155.101.248 | Grande Communications | 2011-09-03 05:50:04 |
| 24.155.107.4 | Grande Communications | 2011-09-01 20:54:02 |
| 24.17.1.73 | Comcast Cable Communications | 2011-09-09 08:39:43 |
| 24.17.160.158 | Comcast Cable Communications | 2011-09-09 18:46:45 |
| 24.176.218.136 | Charter Communications | 2011-09-11 19:38:50 |
| 24.176.46.111 | Charter Communications | 2011-09-01 01:03:40 |
| 24.179.236.132 | Charter Communications | 2011-10-04 21:11:28 |
| 24.184.153.254 | Cablevision Systems Corp. | 2011-08-31 10:59:18 |
| 24.185.0.54 | Cablevision Systems Corp. | 2011-09-02 22:57:43 |
| 24.185.5.188 | Cablevision Systems Corp. | 2011-09-02 17:19:38 |
| 24.185.90.61 | Cablevision Systems Corp. | 2011-09-29 05:24:01 |
| 24.186.218.188 | Cablevision Systems Corp. | 2011-09-05 10:31:06 |
| 24.186.85.186 | Cablevision Systems Corp. | 2011-09-05 08:06:01 |
| 24.19.168.91 | Comcast Cable Communications | 2011-08-31 06:32:12 |
| 24.190.78.154 | Cablevision Systems Corp. | 2011-09-23 17:38:47 |
| 24.2.125.236 | Comcast Cable Communications | 2011-10-18 22:05:40 |
| 24.2.173.21 | Comcast Cable Communications | 2011-08-30 21:33:23 |
| 24.20.12.88 | Comcast Cable Communications | 2011-08-31 23:10:38 |
| 24.20.219.114 | Comcast Cable Communications | 2011-08-31 11:24:22 |
| 24.205.235.76 | Charter Communications | 2011-09-02 05:39:09 |
| 24.21.163.196 | Comcast Cable Communications | 2011-09-08 06:31:34 |
| 24.218.135.89 | Comcast Cable Communications | 2011-09-11 03:40:22 |
| 24.218.167.76 | Comcast Cable Communications | 2011-09-01 03:10:52 |
| 24.220.194.53 | Midcontinent Media | 2011-09-30 10:17:54 |

| | | |
|---|---|---|
| 24.228.131.25 | Cablevision Systems Corp. | 2011-10-11 00:51:50 |
| 24.228.77.56 | Cablevision Systems Corp. | 2011-08-31 15:43:31 |
| 24.238.208.75 | Road Runner | 2011-08-31 02:46:35 |
| 24.239.236.56 | Armstrong Cable Services | 2011-08-30 19:45:21 |
| 24.242.49.141 | Road Runner | 2011-08-31 00:36:29 |
| 24.245.119.47 | MetroCast Communications | 2011-08-30 19:02:49 |
| 24.247.209.227 | Charter Communications | 2011-08-30 23:34:57 |
| 24.247.210.77 | Charter Communications | 2011-08-31 06:01:40 |
| 24.247.49.142 | Charter Communications | 2011-08-31 04:00:36 |
| 24.254.194.149 | Cox Communications | 2011-09-07 03:44:31 |
| 24.255.150.193 | Cox Communications | 2011-10-04 20:53:12 |
| 24.26.219.168 | Road Runner | 2011-09-28 02:43:46 |
| 24.3.121.48 | Comcast Cable Communications | 2011-10-17 15:23:05 |
| 24.4.11.170 | Comcast Cable Communications | 2011-08-31 16:29:18 |
| 24.4.168.173 | Comcast Cable Communications | 2011-09-02 06:33:58 |
| 24.4.228.77 | Comcast Cable Communications | 2011-09-10 22:17:11 |
| 24.4.253.174 | Comcast Cable Communications | 2011-09-02 21:09:31 |
| 24.44.101.65 | Cablevision Systems Corp. | 2011-09-28 14:08:03 |
| 24.44.206.12 | Cablevision Systems Corp. | 2011-10-15 02:17:18 |
| 24.44.88.47 | Cablevision Systems Corp. | 2011-08-30 23:14:56 |
| 24.49.61.48 | Antietam Cable Television | 2011-09-01 09:52:15 |
| 24.61.120.78 | Comcast Cable Communications | 2011-09-08 04:28:07 |
| 24.62.193.149 | Comcast Cable Communications | 2011-08-31 10:27:19 |
| 24.63.151.57 | Comcast Cable Communications | 2011-10-07 01:01:01 |
| 24.74.183.173 | Road Runner | 2011-08-31 13:03:26 |
| 24.8.231.196 | Comcast Cable Communications | 2011-08-31 03:12:35 |
| 24.9.230.110 | Comcast Cable Communications | 2011-09-30 20:03:38 |
| 24.93.180.251 | Road Runner | 2011-08-31 23:06:37 |
| 50.11.149.77 | Clearwire US | 2011-09-03 15:31:35 |
| 50.129.107.10 | Comcast Cable Communications | 2011-10-14 22:03:49 |
| 50.131.154.12 | Comcast Cable Communications | 2011-09-09 22:26:59 |
| 50.29.171.78 | PenTeleData | 2011-08-31 16:36:19 |
| 50.4.69.77 | WideOpenWest Finance LLC | 2011-09-02 06:13:29 |
| 50.46.165.136 | Frontier Communications | 2011-09-02 01:32:51 |
| 50.46.175.123 | Frontier Communications | 2011-09-28 03:44:19 |
| 50.46.229.238 | Frontier Communications | 2011-09-04 07:45:11 |
| 50.82.32.200 | Mediacom Communications | 2011-08-31 06:41:41 |
| 64.108.197.86 | AT&T Internet Services | 2011-10-16 15:02:33 |
| 64.121.102.21 | RCN Corporation | 2011-09-16 16:16:23 |
| 64.128.7.82 | tw telecom | 2011-09-01 02:46:21 |
| 64.233.216.188 | WideOpenWest Finance LLC | 2011-08-31 13:57:55 |
| 64.6.0.3 | Infobahn Outfitters, Inc. | 2011-09-03 04:46:58 |
| 65.190.181.247 | Road Runner | 2011-10-10 21:45:07 |
| 65.32.216.58 | Bright House Networks | 2011-08-30 19:43:21 |
| 65.34.9.27 | Bright House Networks | 2011-09-14 05:16:47 |
| 65.60.202.200 | WideOpenWest Finance LLC | 2011-09-01 22:48:44 |
| 65.96.141.85 | Comcast Cable Communications | 2011-09-02 00:20:46 |

| | | |
|---|---|---|
| 65.96.168.11 | Comcast Cable Communications | 2011-08-31 13:05:55 |
| 65.98.24.123 | FortressITX | 2011-08-31 13:22:53 |
| 66.160.216.221 | Aircanopy Internet Services | 2011-09-11 17:48:11 |
| 66.168.205.77 | Charter Communications | 2011-08-30 22:41:56 |
| 66.176.228.39 | Comcast Cable Communications | 2011-10-05 22:51:27 |
| 66.177.178.105 | Comcast Cable Communications | 2011-09-14 21:15:28 |
| 66.177.189.158 | Comcast Cable Communications | 2011-08-31 00:47:00 |
| 66.214.25.14 | Charter Communications | 2011-09-01 10:53:44 |
| 66.214.61.220 | Charter Communications | 2011-08-31 11:53:20 |
| 66.219.232.139 | Broadweave Networks of Utah | 2011-10-18 22:45:10 |
| 66.223.211.160 | General Communication | 2011-10-21 01:31:04 |
| 66.229.225.182 | Comcast Cable Communications | 2011-08-31 01:35:32 |
| 66.239.62.12 | Wave Broadband, LLC | 2011-09-27 01:27:23 |
| 66.25.187.184 | Road Runner | 2011-08-31 14:07:58 |
| 66.27.214.3 | Road Runner | 2011-09-01 04:17:24 |
| 66.30.243.155 | Comcast Cable Communications | 2011-09-01 23:26:15 |
| 66.31.201.131 | Comcast Cable Communications | 2011-09-10 01:03:14 |
| 66.31.219.216 | Comcast Cable Communications | 2011-10-15 03:54:57 |
| 66.37.82.174 | Citizens Telephone Cooperative | 2011-08-31 13:16:57 |
| 66.44.35.169 | RCN Corporation | 2011-10-07 06:16:59 |
| 66.44.70.242 | RCN Corporation | 2011-09-01 23:35:15 |
| 66.58.133.156 | General Communication | 2011-09-07 07:02:50 |
| 66.90.153.123 | Grande Communications | 2011-09-11 05:53:33 |
| 67.149.180.248 | WideOpenWest Finance LLC | 2011-10-18 19:29:28 |
| 67.162.58.162 | Comcast Cable Communications | 2011-09-06 20:27:51 |
| 67.164.253.164 | Comcast Cable Communications | 2011-09-29 05:44:07 |
| 67.164.52.135 | Comcast Cable Communications | 2011-08-31 06:07:40 |
| 67.164.58.228 | Comcast Cable Communications | 2011-09-28 14:19:31 |
| 67.165.219.131 | Comcast Cable Communications | 2011-08-31 16:50:20 |
| 67.166.229.132 | Comcast Cable Communications | 2011-08-31 14:34:22 |
| 67.169.217.80 | Comcast Cable Communications | 2011-10-14 05:04:51 |
| 67.170.109.44 | Comcast Cable Communications | 2011-09-01 04:55:55 |
| 67.173.68.240 | Comcast Cable Communications | 2011-09-05 17:16:48 |
| 67.174.169.38 | Comcast Cable Communications | 2011-10-02 09:58:20 |
| 67.175.203.95 | Comcast Cable Communications | 2011-08-31 06:43:14 |
| 67.177.41.195 | Comcast Cable Communications | 2011-09-09 21:49:27 |
| 67.180.128.187 | Comcast Cable Communications | 2011-10-17 15:25:29 |
| 67.181.14.8 | Comcast Cable Communications | 2011-09-26 15:08:50 |
| 67.182.177.71 | Comcast Cable Communications | 2011-10-19 20:54:04 |
| 67.182.85.230 | Comcast Cable Communications | 2011-08-31 06:33:42 |
| 67.183.160.132 | Comcast Cable Communications | 2011-09-04 22:25:18 |
| 67.183.23.12 | Comcast Cable Communications | 2011-08-31 01:43:02 |
| 67.188.135.165 | Comcast Cable Communications | 2011-08-31 22:10:07 |
| 67.188.33.151 | Comcast Cable Communications | 2011-09-19 21:33:01 |
| 67.238.210.189 | Embarq Corporation | 2011-08-31 04:18:07 |
| 67.239.199.108 | Embarq Corporation | 2011-08-31 13:16:53 |
| 67.248.212.173 | Road Runner | 2011-08-31 11:41:51 |

| | | |
|---|---|---|
| 67.55.162.111 | WTC Communications | 2011-08-31 22:31:36 |
| 67.6.85.105 | Qwest Communications | 2011-09-10 07:57:09 |
| 67.60.142.202 | Cable One | 2011-10-04 23:46:35 |
| 67.61.144.72 | Cable One | 2011-10-18 16:35:18 |
| 67.85.77.93 | Cablevision Systems Corp. | 2011-09-28 23:02:59 |
| 67.9.167.140 | Road Runner | 2011-08-31 13:57:55 |
| 68.101.205.49 | Cox Communications | 2011-09-28 03:29:19 |
| 68.101.228.97 | Cox Communications | 2011-09-02 16:27:08 |
| 68.102.2.52 | Cox Communications | 2011-10-08 13:34:38 |
| 68.104.164.215 | Cox Communications | 2011-10-18 09:32:15 |
| 68.104.33.114 | Cox Communications | 2011-09-30 02:32:39 |
| 68.111.157.239 | Cox Communications | 2011-09-02 00:48:17 |
| 68.115.110.53 | Charter Communications | 2011-09-07 03:32:31 |
| 68.12.189.75 | Cox Communications | 2011-08-31 02:10:03 |
| 68.12.191.107 | Cox Communications | 2011-08-31 19:51:54 |
| 68.14.137.122 | Cox Communications | 2011-10-08 13:34:29 |
| 68.184.104.4 | Charter Communications | 2011-10-14 21:37:31 |
| 68.190.42.148 | Charter Communications | 2011-09-02 23:55:15 |
| 68.194.229.7 | Cablevision Systems Corp. | 2011-08-31 05:21:42 |
| 68.195.11.243 | Cablevision Systems Corp. | 2011-08-31 00:29:28 |
| 68.197.56.46 | Cablevision Systems Corp. | 2011-08-31 03:01:35 |
| 68.201.94.62 | Road Runner | 2011-10-08 03:01:51 |
| 68.205.2.222 | Bright House Networks | 2011-09-07 14:38:55 |
| 68.224.105.250 | Cox Communications | 2011-09-11 11:30:58 |
| 68.224.158.39 | Cox Communications | 2011-09-02 21:44:03 |
| 68.230.37.97 | Cox Communications | 2011-09-16 08:33:53 |
| 68.231.254.38 | Cox Communications | 2011-09-03 07:29:50 |
| 68.32.235.150 | Comcast Cable Communications | 2011-09-01 01:46:41 |
| 68.34.160.207 | Comcast Cable Communications | 2011-10-08 13:34:48 |
| 68.34.75.224 | Comcast Cable Communications | 2011-09-01 03:21:22 |
| 68.36.164.103 | Comcast Cable Communications | 2011-09-06 19:54:51 |
| 68.37.181.13 | Comcast Cable Communications | 2011-09-29 02:37:21 |
| 68.37.182.163 | Comcast Cable Communications | 2011-08-31 20:17:56 |
| 68.37.221.75 | Comcast Cable Communications | 2011-08-31 13:37:53 |
| 68.4.23.127 | Cox Communications | 2011-10-18 00:06:53 |
| 68.40.59.73 | Comcast Cable Communications | 2011-08-31 12:58:52 |
| 68.42.78.146 | Comcast Cable Communications | 2011-08-31 09:24:16 |
| 68.43.220.105 | Comcast Cable Communications | 2011-09-02 00:55:47 |
| 68.45.102.166 | Comcast Cable Communications | 2011-10-19 00:28:59 |
| 68.48.135.216 | Comcast Cable Communications | 2011-09-02 00:54:48 |
| 68.48.153.234 | Comcast Cable Communications | 2011-10-01 07:04:23 |
| 68.49.128.70 | Comcast Cable Communications | 2011-09-02 13:48:02 |
| 68.49.36.158 | Comcast Cable Communications | 2011-08-30 19:21:20 |
| 68.54.134.8 | Comcast Cable Communications | 2011-08-31 16:42:51 |
| 68.55.130.163 | Comcast Cable Communications | 2011-09-03 14:57:03 |
| 68.56.212.122 | Comcast Cable Communications | 2011-09-28 14:11:27 |
| 68.58.58.51 | Comcast Cable Communications | 2011-10-04 02:47:50 |

| | | |
|---|---|---|
| 68.58.80.226 | Comcast Cable Communications | 2011-10-20 23:38:33 |
| 68.60.153.185 | Comcast Cable Communications | 2011-09-11 06:02:18 |
| 68.61.27.155 | Comcast Cable Communications | 2011-08-31 09:50:04 |
| 68.61.84.204 | Comcast Cable Communications | 2011-09-04 05:24:29 |
| 68.62.155.170 | Comcast Cable Communications | 2011-10-15 11:38:23 |
| 68.63.26.54 | Comcast Cable Communications | 2011-08-31 01:05:31 |
| 68.8.205.68 | Cox Communications | 2011-08-31 23:28:07 |
| 68.82.56.57 | Comcast Cable Communications | 2011-09-12 06:24:11 |
| 68.96.182.92 | Cox Communications | 2011-09-04 12:05:26 |
| 68.97.152.133 | Cox Communications | 2011-08-31 19:50:55 |
| 68.98.139.57 | Cox Communications | 2011-09-14 05:47:52 |
| 69.113.48.127 | Cablevision Systems Corp. | 2011-09-03 15:37:36 |
| 69.114.183.191 | Cablevision Systems Corp. | 2011-09-19 15:19:28 |
| 69.116.121.180 | Cablevision Systems Corp. | 2011-09-15 19:31:37 |
| 69.118.35.55 | Cablevision Systems Corp. | 2011-09-15 07:04:03 |
| 69.118.84.190 | Cablevision Systems Corp. | 2011-08-31 09:57:17 |
| 69.119.98.191 | Cablevision Systems Corp. | 2011-08-30 23:32:28 |
| 69.121.194.137 | Cablevision Systems Corp. | 2011-09-06 13:55:07 |
| 69.136.132.90 | Comcast Cable Communications | 2011-09-01 23:25:44 |
| 69.136.216.162 | Comcast Cable Communications | 2011-08-31 15:18:29 |
| 69.137.190.164 | Comcast Cable Communications | 2011-08-31 15:53:00 |
| 69.137.79.103 | Comcast Cable Communications | 2011-08-30 20:50:52 |
| 69.138.115.189 | Comcast Cable Communications | 2011-09-02 02:19:35 |
| 69.139.124.98 | Comcast Cable Communications | 2011-09-01 01:15:41 |
| 69.141.192.127 | Comcast Cable Communications | 2011-09-19 15:34:50 |
| 69.143.25.42 | Comcast Cable Communications | 2011-09-01 22:48:44 |
| 69.143.67.154 | Comcast Cable Communications | 2011-08-31 16:36:49 |
| 69.169.159.116 | Broadweave Networks of Utah | 2011-09-26 14:54:43 |
| 69.228.12.85 | AT&T Internet Services | 2011-09-26 21:53:29 |
| 69.242.132.129 | Comcast Cable Communications | 2011-09-02 01:12:18 |
| 69.242.190.243 | Comcast Cable Communications | 2011-10-03 17:58:10 |
| 69.242.213.146 | Comcast Cable Communications | 2011-08-31 03:17:35 |
| 69.243.191.222 | Comcast Cable Communications | 2011-08-31 03:32:35 |
| 69.246.10.203 | Comcast Cable Communications | 2011-09-05 08:05:04 |
| 69.249.168.57 | Comcast Cable Communications | 2011-09-27 01:59:44 |
| 69.249.183.26 | Comcast Cable Communications | 2011-09-14 15:54:53 |
| 69.255.234.21 | Comcast Cable Communications | 2011-08-30 18:42:18 |
| 69.61.154.18 | Cincinnati Bell Telephone | 2011-09-02 13:15:01 |
| 69.65.90.123 | Advanced Cable Communications | 2011-09-07 03:35:02 |
| 69.84.118.11 | Atlantic Broadband Finance | 2011-08-31 18:20:54 |
| 69.92.211.130 | Cable One | 2011-08-30 20:30:52 |
| 70.112.66.236 | Road Runner | 2011-08-31 22:29:41 |
| 70.119.24.99 | Bright House Networks | 2011-08-31 03:24:05 |
| 70.162.70.235 | Cox Communications | 2011-08-30 22:46:56 |
| 70.170.17.167 | Cox Communications | 2011-09-07 23:16:29 |
| 70.173.224.114 | Cox Communications | 2011-09-02 06:28:36 |
| 70.173.232.116 | Cox Communications | 2011-09-02 04:11:04 |

| | | |
|---|---|---|
| 70.178.225.110 | Cox Communications | 2011-08-31 01:56:33 |
| 70.178.232.4 | Cox Communications | 2011-09-21 12:03:17 |
| 70.179.149.67 | Cox Communications | 2011-08-31 02:46:05 |
| 70.181.42.67 | Cox Communications | 2011-09-13 06:56:37 |
| 70.187.25.174 | Cox Communications | 2011-08-30 22:39:27 |
| 70.190.189.43 | Cox Communications | 2011-08-31 15:13:27 |
| 70.191.201.101 | Cox Communications | 2011-08-31 00:12:00 |
| 70.225.130.201 | AT&T Internet Services | 2011-09-02 06:13:20 |
| 70.232.140.216 | AT&T Internet Services | 2011-09-27 20:51:24 |
| 70.247.98.33 | AT&T Internet Services | 2011-10-13 00:34:43 |
| 70.92.23.181 | Road Runner | 2011-08-31 03:17:05 |
| 70.95.99.217 | Oceanic Internet | 2011-09-26 13:45:56 |
| 71.107.91.62 | Verizon Online | 2011-09-07 18:29:00 |
| 71.11.140.118 | Charter Communications | 2011-09-03 21:42:57 |
| 71.123.130.115 | Verizon Online | 2011-08-31 02:02:03 |
| 71.127.251.89 | Verizon Online | 2011-10-20 21:30:13 |
| 71.14.180.230 | Charter Communications | 2011-10-14 01:38:05 |
| 71.14.99.92 | Charter Communications | 2011-08-31 12:30:23 |
| 71.163.147.150 | Verizon Online | 2011-08-30 22:26:59 |
| 71.163.147.91 | Verizon Online | 2011-08-31 11:34:50 |
| 71.164.153.213 | Verizon Online | 2011-09-01 00:24:40 |
| 71.167.115.35 | Verizon Online | 2011-09-07 17:23:48 |
| 71.170.78.100 | Verizon Online | 2011-08-31 01:40:02 |
| 71.177.220.59 | Verizon Online | 2011-09-01 22:47:49 |
| 71.180.136.54 | Verizon Online | 2011-08-31 14:56:30 |
| 71.187.159.114 | Verizon Online | 2011-09-02 00:44:47 |
| 71.191.171.160 | Verizon Online | 2011-10-18 01:12:03 |
| 71.191.224.91 | Verizon Online | 2011-08-31 04:19:38 |
| 71.193.1.28 | Comcast Cable Communications | 2011-08-31 15:06:00 |
| 71.193.184.215 | Comcast Cable Communications | 2011-09-10 21:43:01 |
| 71.193.217.24 | Comcast Cable Communications | 2011-09-14 09:49:52 |
| 71.194.193.212 | Comcast Cable Communications | 2011-09-17 03:06:41 |
| 71.195.231.163 | Comcast Cable Communications | 2011-09-04 22:18:45 |
| 71.196.5.207 | Comcast Cable Communications | 2011-09-26 15:53:07 |
| 71.199.83.163 | Comcast Cable Communications | 2011-08-31 19:17:16 |
| 71.201.35.117 | Comcast Cable Communications | 2011-08-31 14:18:26 |
| 71.205.61.18 | Comcast Cable Communications | 2011-09-26 21:31:10 |
| 71.206.13.60 | Comcast Cable Communications | 2011-08-31 00:16:58 |
| 71.21.141.95 | Clearwire US | 2011-09-16 15:24:43 |
| 71.211.242.188 | Qwest Communications | 2011-09-01 00:14:41 |
| 71.222.148.118 | Qwest Communications | 2011-10-08 02:35:51 |
| 71.224.144.36 | Comcast Cable Communications | 2011-09-04 14:36:29 |
| 71.229.236.179 | Comcast Cable Communications | 2011-09-15 19:59:13 |
| 71.231.146.67 | Comcast Cable Communications | 2011-10-07 01:39:49 |
| 71.233.41.64 | Comcast Cable Communications | 2011-09-09 02:33:11 |
| 71.237.80.89 | Comcast Cable Communications | 2011-09-19 17:20:53 |
| 71.237.85.95 | Comcast Cable Communications | 2011-08-31 12:03:51 |

| | | |
|---|---|---|
| 71.238.202.118 | Comcast Cable Communications | 2011-10-19 03:34:32 |
| 71.251.161.198 | Verizon Online | 2011-09-30 03:34:52 |
| 71.52.117.95 | Embarq Corporation | 2011-09-03 14:03:29 |
| 71.56.236.79 | Comcast Cable Communications | 2011-10-14 15:31:03 |
| 71.60.196.160 | Comcast Cable Communications | 2011-08-31 11:53:50 |
| 71.60.52.176 | Comcast Cable Communications | 2011-09-23 16:31:38 |
| 71.62.105.217 | Comcast Cable Communications | 2011-08-31 10:37:53 |
| 71.62.118.145 | Comcast Cable Communications | 2011-09-02 16:42:26 |
| 71.63.126.232 | Comcast Cable Communications | 2011-09-07 16:55:54 |
| 71.63.22.102 | Comcast Cable Communications | 2011-08-31 10:41:48 |
| 71.81.179.117 | Charter Communications | 2011-09-30 09:52:01 |
| 71.82.111.159 | Charter Communications | 2011-08-31 17:57:50 |
| 71.84.49.65 | Charter Communications | 2011-10-21 06:54:22 |
| 71.87.213.48 | Charter Communications | 2011-09-01 23:39:15 |
| 71.97.53.70 | Verizon Online | 2011-09-02 09:00:37 |
| 72.196.134.122 | Cox Communications | 2011-09-20 08:10:12 |
| 72.197.177.215 | Cox Communications | 2011-08-31 03:55:39 |
| 72.205.219.196 | Cox Communications | 2011-08-31 15:29:13 |
| 72.213.149.64 | Cox Communications | 2011-10-17 23:03:32 |
| 72.71.254.8 | Fairpoint Communications | 2011-08-31 17:20:20 |
| 72.83.236.188 | Verizon Online | 2011-09-11 02:18:14 |
| 72.84.197.14 | Verizon Online | 2011-09-01 02:50:21 |
| 72.91.168.217 | Verizon Online | 2011-08-31 06:11:40 |
| 72.91.82.26 | Verizon Online | 2011-09-02 04:32:34 |
| 72.94.41.175 | Verizon Online | 2011-08-31 14:14:56 |
| 74.100.39.222 | Verizon Online | 2011-09-02 05:09:36 |
| 74.101.130.73 | Verizon Online | 2011-09-16 03:13:34 |
| 74.102.61.103 | Verizon Online | 2011-09-14 02:21:58 |
| 74.110.218.117 | Verizon Online | 2011-08-31 01:36:32 |
| 74.111.12.17 | Verizon Online | 2011-10-13 23:36:27 |
| 74.111.173.14 | Verizon Online | 2011-09-03 02:49:52 |
| 74.111.37.218 | Verizon Online | 2011-09-22 22:02:32 |
| 74.115.210.156 | Netco Solutions | 2011-08-31 15:05:27 |
| 74.115.214.126 | 24Shells | 2011-09-01 03:01:53 |
| 74.115.215.117 | Fast Serv Networks | 2011-09-01 04:12:24 |
| 74.129.36.211 | Insight Communications | 2011-08-31 03:30:38 |
| 74.130.8.10 | Insight Communications | 2011-08-31 10:21:17 |
| 74.131.246.168 | Insight Communications | 2011-08-31 14:18:26 |
| 74.136.167.166 | Insight Communications | 2011-09-02 06:18:52 |
| 74.138.162.41 | Insight Communications | 2011-08-31 18:44:53 |
| 74.197.24.191 | Suddenlink Communications | 2011-10-08 00:21:31 |
| 74.199.87.234 | WideOpenWest Finance LLC | 2011-09-03 15:40:11 |
| 74.44.134.118 | Frontier Communications | 2011-09-01 23:04:14 |
| 74.44.134.164 | Frontier Communications | 2011-08-31 09:58:23 |
| 74.51.147.227 | San Bruno Cable | 2011-09-01 04:01:55 |
| 74.60.255.225 | Clearwire US | 2011-08-31 15:52:00 |
| 74.77.177.43 | Road Runner | 2011-10-12 23:50:16 |

| | | |
|---|---|---|
| 74.90.61.74 | Cablevision Systems Corp. | 2011-08-31 04:34:07 |
| 74.93.97.174 | Comcast Cable Communications | 2011-09-01 22:48:14 |
| 74.99.87.166 | Verizon Online | 2011-08-31 20:34:48 |
| 75.100.27.113 | TDS TELECOM | 2011-10-15 02:56:50 |
| 75.110.110.91 | Suddenlink Communications | 2011-09-01 23:52:27 |
| 75.110.249.75 | Suddenlink Communications | 2011-08-31 09:17:16 |
| 75.111.190.212 | Suddenlink Communications | 2011-09-05 19:33:22 |
| 75.118.14.81 | WideOpenWest Finance LLC | 2011-09-02 04:56:15 |
| 75.120.109.235 | Digital Teleport | 2011-10-15 09:35:31 |
| 75.137.247.92 | Charter Communications | 2011-10-18 18:29:36 |
| 75.144.208.245 | Comcast Cable Communications | 2011-09-22 17:50:08 |
| 75.61.232.48 | AT&T Internet Services | 2011-08-31 04:13:07 |
| 75.67.156.90 | Comcast Cable Communications | 2011-09-02 19:57:44 |
| 75.67.237.104 | Comcast Cable Communications | 2011-08-30 18:53:19 |
| 75.67.48.101 | Comcast Cable Communications | 2011-08-31 03:23:05 |
| 75.69.216.42 | Comcast Cable Communications | 2011-09-02 22:15:32 |
| 75.70.170.214 | Comcast Cable Communications | 2011-09-10 20:25:59 |
| 75.72.115.160 | Comcast Cable Communications | 2011-09-07 19:23:40 |
| 75.72.53.16 | Comcast Cable Communications | 2011-09-14 09:39:12 |
| 75.73.0.142 | Comcast Cable Communications | 2011-10-11 17:16:18 |
| 75.73.160.146 | Comcast Cable Communications | 2011-09-15 23:43:30 |
| 75.73.7.155 | Comcast Cable Communications | 2011-09-15 02:46:33 |
| 75.74.225.229 | Comcast Cable Communications | 2011-08-31 03:13:05 |
| 76.102.38.210 | Comcast Cable Communications | 2011-09-28 23:56:43 |
| 76.104.208.153 | Comcast Cable Communications | 2011-10-10 22:40:08 |
| 76.110.178.55 | Comcast Cable Communications | 2011-09-03 14:50:51 |
| 76.110.200.97 | Comcast Cable Communications | 2011-08-31 01:24:02 |
| 76.110.43.119 | Comcast Cable Communications | 2011-08-30 22:49:56 |
| 76.111.188.96 | Comcast Cable Communications | 2011-08-30 22:27:55 |
| 76.112.47.186 | Comcast Cable Communications | 2011-10-12 20:19:12 |
| 76.113.102.142 | Comcast Cable Communications | 2011-08-31 11:30:49 |
| 76.114.4.172 | Comcast Cable Communications | 2011-10-14 09:54:33 |
| 76.115.210.114 | Comcast Cable Communications | 2011-08-31 13:28:53 |
| 76.115.27.172 | Comcast Cable Communications | 2011-10-08 00:39:46 |
| 76.116.131.165 | Comcast Cable Communications | 2011-08-31 06:11:42 |
| 76.118.48.4 | Comcast Cable Communications | 2011-09-03 04:55:46 |
| 76.123.56.81 | Comcast Cable Communications | 2011-09-05 16:15:16 |
| 76.17.10.3 | Comcast Cable Communications | 2011-08-31 19:50:55 |
| 76.17.69.66 | Comcast Cable Communications | 2011-09-01 08:04:21 |
| 76.18.38.184 | Comcast Cable Communications | 2011-10-01 04:53:32 |
| 76.185.212.160 | Road Runner | 2011-08-31 11:32:20 |
| 76.19.117.217 | Comcast Cable Communications | 2011-09-13 07:04:17 |
| 76.19.129.30 | Comcast Cable Communications | 2011-09-07 18:52:48 |
| 76.2.95.77 | Embarq Corporation | 2011-08-31 02:37:34 |
| 76.22.82.175 | Comcast Cable Communications | 2011-09-01 05:21:56 |
| 76.24.180.77 | Comcast Cable Communications | 2011-09-22 22:19:35 |
| 76.251.184.32 | AT&T Internet Services | 2011-09-07 04:28:05 |

| | | |
|---|---|---|
| 76.29.173.61 | Comcast Cable Communications | 2011-08-31 20:40:02 |
| 76.30.141.31 | Comcast Cable Communications | 2011-08-30 20:23:54 |
| 76.30.43.104 | Comcast Cable Communications | 2011-08-31 06:13:10 |
| 76.87.204.62 | Road Runner | 2011-09-03 04:44:27 |
| 76.91.220.96 | Road Runner | 2011-09-01 13:42:48 |
| 76.97.179.51 | Comcast Cable Communications | 2011-09-01 03:43:23 |
| 96.232.160.33 | Verizon Online | 2011-09-01 23:00:44 |
| 96.234.161.196 | Verizon Online | 2011-09-10 18:41:56 |
| 96.234.72.140 | Verizon Online | 2011-08-31 02:40:34 |
| 96.237.105.108 | Verizon Online | 2011-09-05 06:59:31 |
| 96.238.43.246 | Verizon Online | 2011-09-02 00:20:17 |
| 96.240.4.47 | Verizon Online | 2011-08-30 20:17:51 |
| 96.244.141.235 | Verizon Online | 2011-08-31 02:05:03 |
| 96.244.213.60 | Verizon Online | 2011-09-03 09:45:10 |
| 96.245.1.218 | Verizon Online | 2011-08-31 00:02:58 |
| 96.245.109.238 | Verizon Online | 2011-08-31 13:02:22 |
| 96.247.199.64 | Verizon Online | 2011-08-30 22:10:58 |
| 96.249.247.211 | Verizon Online | 2011-09-11 08:02:34 |
| 96.252.136.69 | Verizon Online | 2011-08-31 11:30:19 |
| 96.254.213.32 | Verizon Online | 2011-09-11 14:33:33 |
| 96.255.128.19 | Verizon Online | 2011-08-31 16:31:48 |
| 96.255.243.183 | Verizon Online | 2011-10-19 04:01:05 |
| 96.255.78.221 | Verizon Online | 2011-09-10 13:04:20 |
| 96.28.125.32 | Insight Communications | 2011-09-11 06:41:16 |
| 96.28.166.56 | Insight Communications | 2011-08-30 20:38:22 |
| 96.28.66.238 | Insight Communications | 2011-08-31 00:31:59 |
| 96.35.227.130 | Charter Communications | 2011-08-31 01:20:32 |
| 96.36.131.98 | Charter Communications | 2011-10-17 23:26:16 |
| 96.40.128.222 | Charter Communications | 2011-08-31 03:31:07 |
| 97.100.61.116 | Bright House Networks | 2011-09-01 22:48:44 |
| 97.101.69.50 | Bright House Networks | 2011-08-30 22:15:55 |
| 97.102.235.65 | Bright House Networks | 2011-09-05 04:08:25 |
| 97.103.108.232 | Bright House Networks | 2011-08-31 23:21:37 |
| 97.103.247.13 | Bright House Networks | 2011-09-01 13:32:47 |
| 97.104.53.54 | Bright House Networks | 2011-08-30 19:45:21 |
| 97.79.124.159 | Bright House Networks | 2011-09-20 13:42:21 |
| 97.80.138.116 | Charter Communications | 2011-09-15 18:48:59 |
| 97.81.199.171 | Charter Communications | 2011-08-31 22:07:05 |
| 97.82.155.98 | Charter Communications | 2011-09-01 04:11:56 |
| 97.89.96.153 | Charter Communications | 2011-09-02 23:47:14 |
| 97.91.69.131 | Charter Communications | 2011-10-14 23:59:57 |
| 97.96.87.201 | Bright House Networks | 2011-10-19 03:31:03 |
| 98.109.82.186 | Verizon Online | 2011-09-01 15:48:20 |
| 98.111.226.154 | Verizon Online | 2011-09-15 01:40:48 |
| 98.113.173.170 | Verizon Online | 2011-08-30 23:12:27 |
| 98.114.181.63 | Verizon Online | 2011-09-19 15:52:52 |
| 98.114.184.238 | Verizon Online | 2011-09-07 11:09:29 |

| | | |
|---|---|---|
| 98.118.46.251 | Verizon Online | 2011-08-31 01:00:01 |
| 98.119.228.199 | Verizon Online | 2011-08-31 01:10:31 |
| 98.119.71.14 | Verizon Online | 2011-10-15 07:25:36 |
| 98.144.42.37 | Road Runner | 2011-08-31 04:39:38 |
| 98.158.127.33 | Black Oak Computers | 2011-09-01 22:55:49 |
| 98.165.170.168 | Cox Communications | 2011-08-30 23:09:26 |
| 98.168.160.6 | Cox Communications | 2011-10-12 21:38:24 |
| 98.170.252.189 | Cox Communications | 2011-08-31 06:10:19 |
| 98.184.143.218 | Cox Communications | 2011-09-02 19:17:52 |
| 98.194.191.124 | Comcast Cable Communications | 2011-09-30 17:48:35 |
| 98.198.149.16 | Comcast Cable Communications | 2011-08-31 10:47:22 |
| 98.203.29.82 | Comcast Cable Communications | 2011-10-16 15:03:20 |
| 98.204.74.213 | Comcast Cable Communications | 2011-10-16 20:13:50 |
| 98.209.60.16 | Comcast Cable Communications | 2011-09-03 03:46:35 |
| 98.211.0.204 | Comcast Cable Communications | 2011-08-30 22:07:56 |
| 98.211.129.190 | Comcast Cable Communications | 2011-08-30 19:42:20 |
| 98.220.209.38 | Comcast Cable Communications | 2011-09-13 02:12:02 |
| 98.225.49.2 | Comcast Cable Communications | 2011-09-03 23:27:05 |
| 98.226.201.26 | Comcast Cable Communications | 2011-09-15 01:31:06 |
| 98.226.49.207 | Comcast Cable Communications | 2011-09-03 06:16:01 |
| 98.228.125.110 | Comcast Cable Communications | 2011-09-03 04:54:18 |
| 98.231.146.220 | Comcast Cable Communications | 2011-09-27 23:05:41 |
| 98.231.169.117 | Comcast Cable Communications | 2011-08-30 20:31:51 |
| 98.237.131.0 | Comcast Cable Communications | 2011-09-02 07:33:50 |
| 98.237.90.79 | Comcast Cable Communications | 2011-08-31 03:09:35 |
| 98.238.0.61 | Comcast Cable Communications | 2011-08-31 00:43:33 |
| 98.242.110.23 | Comcast Cable Communications | 2011-09-07 16:55:28 |
| 98.243.124.31 | Comcast Cable Communications | 2011-09-21 05:17:19 |
| 98.244.113.160 | Comcast Cable Communications | 2011-10-01 07:28:52 |
| 98.248.244.166 | Comcast Cable Communications | 2011-09-27 02:07:35 |
| 98.250.155.150 | Comcast Cable Communications | 2011-08-30 20:19:51 |
| 98.251.173.89 | Comcast Cable Communications | 2011-08-31 14:13:28 |
| 98.253.35.20 | Comcast Cable Communications | 2011-08-31 02:39:04 |
| 98.254.100.43 | Comcast Cable Communications | 2011-10-12 14:56:06 |
| 98.254.105.220 | Comcast Cable Communications | 2011-10-11 03:48:11 |
| 98.255.130.5 | Comcast Cable Communications | 2011-09-14 05:46:25 |
| 98.83.50.229 | BellSouth | 2011-09-28 05:05:37 |
| 99.1.206.52 | AT&T Internet Services | 2011-08-31 17:51:50 |
| 99.100.36.67 | AT&T Internet Services | 2011-09-28 22:13:30 |
| 99.103.237.245 | AT&T Internet Services | 2011-09-04 20:38:44 |
| 99.138.89.36 | AT&T Internet Services | 2011-08-30 20:35:21 |
| 99.144.177.230 | AT&T Internet Services | 2011-08-31 10:12:17 |
| 99.169.116.113 | AT&T Internet Services | 2011-09-03 04:21:13 |
| 99.173.145.57 | AT&T Internet Services | 2011-10-04 22:12:18 |
| 99.175.129.62 | AT&T Internet Services | 2011-09-28 05:08:37 |
| 99.189.70.45 | AT&T Internet Services | 2011-09-08 06:40:08 |
| 99.57.0.84 | AT&T Internet Services | 2011-09-01 23:53:57 |

| | | |
|---|---|---|
| 99.58.167.237 | AT&T Internet Services | 2011-08-31 10:17:17 |
| 99.62.29.74 | AT&T Internet Services | 2011-08-31 18:56:31 |