AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., <br> *Plaintiff* <br> v. <br> JOHN DOES 1-565, <br> *Defendant* | ) <br> ) <br> ) Case No. 1.11-CV-01883-JMF <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe identified by the IP address 68 34 160 207

Date:   01/11/2012

s/ Julie A. LaVan
*Attorney's signature*

Julie A. LaVan (MI0061)
*Printed name and bar number*

11 E. Main Street
Moorestown, NJ 08057

*Address*

julie@jlavanlaw.com
*E-mail address*

(856) 235-4079
*Telephone number*

(856) 235-4018
*FAX number*

**RECEIVED**

JAN 1 ? 2012

Clerk, U.S. District and
Bankruptcy Courts