UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPENMIND SOLUTIONS, INC.,**

    Plaintiff,

        v.                              Civil Action No. 11-1883 (JMF)

**DOES 1-565,**

    Defendants.

**ORDER**

On January 23, 2012, two Doe defendants, through their counsel, Eric J. Menhart, Esq., filed 1) Motion to Seal Movant's (IP Address 24.4.11.170) Motion to Quash [#27] at 2-16, and 2) Motion to Seal Movant's (IP Address 98.231.169.117) Motion to Quash [#27] at 34-48.

On September 18, 2012, I issued an order indicating that any Doe defendant who had filed a motion to quash under seal could choose to either reveal his identity on the public docket, and have the motion considered, or maintain his anonymity and not have the motion considered. Order [#19] at 3.  By that same order, I provided all Doe defendants with a form to fill out, in which they indicated their choice by marking their preferred option. Id. at 5.

By the end of October, 2012, I received responses from the two Doe defendants, who have since filed motions, indicating that they did not want their identities revealed and therefore wished to have their motions to quash withdrawn.

On November 26, 2012, without realizing that the two Menhart filings listed above related to the two Doe defendants just discussed, I rejected (by endorsement) the Menhart filings for failure to comply with Local Rules 83.6(a) and 5.3.  See [#27] at 2, 34.  Since that rejection, counsel has not attempted to file any additional motions from these two Doe defendants.

Because the two Doe defendants appear to have first retained Menhart. and then proceeded pro se, it is unclear to the Court how they wish to proceed. As a courtesy to Menhart, and to clarify the record, it is therefore, hereby,

**ORDERED** that a copy of this order be transmitted to Menhart at the following address:

>CyberLaw P.C.
>1200 G Street N.W., Suite 800
>Washington, DC  20005

It is further, hereby,

**ORDERED** that unless attorney Menhart enters his appearance on behalf of these two individuals by March 15, 2013, the Court will deem the two Doe defendants to have withdrawn their motions to quash and to be proceeding pro se.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE