UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPENMIND SOLUTIONS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01883-EGS |
| ) | |
| **EDUARDO HALVERSON** ) | |
| ) | |
| and ) | |
| ) | |
| DOES 2 – 565, ) | Judge: Hon. Emmet G. Sullivan |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the complaint against all Defendants in this action. The Defendants have neither filed an answer to Plaintiff's Complaint or Amended Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

OpenMind Solutions, Inc.

**DATED**: May 31, 2013

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Law Offices of Paul Duffy
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602
Telephone: (312) 952-6136
Facsimile:   (312) 346-8434
E-mail: pduffy@pduffygroup.com
*Counsel for the Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 31, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

    /s/ Paul A. Duffy